AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Willy MENDOZA | ) Case No.  SA-11-340M(2) |
| | ) |
| _____ | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

did unlawfully and illegally possess a machine gun, a Bushmaster, Model XM15-E2S, 5.56 caliber machine gun bearing serial number BFI424708, which is an ATF certified machine gun.

Date: 04/1*/2011         _____
                                    *Issuing officer's signature*

City and state: San Antonio, Texas          Pamela Mathy, US Magistrate Judge
                                                            *Printed name and title*

### Return

This warrant was received on *(date)* 4/20/2011 , and the person was arrested on *(date)* 4/19/2011
at *(city and state)* San Antonio, Texas .

Date: 4/20/2011         _____
                                    *Arresting officer's signature*

                                    T. WALSH  S/A
                                    *Printed name and title*