UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Filed 4-20-11
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES OF AMERICA, )
    Plaintiff, )
V. ) Criminal No.: **SA-11-340-M**
WILLY MENDOZA, (2), )
    Defendant. )

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

The Government at this time moves the Court to hold the above-named Defendant without bond pursuant to 18 U.S.C. § 3142(e) and (f). This request is made for the following reasons:

1. The Defendant was charged by Criminal Complaint filed on April 20, 2011. This defendant has been arrested in San Antonio, Texas.

2. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHN E. MURPHY
UNITED STATES ATTORNEY

By: _____
MARK T. ROOMBERG
Assistant United States Attorney
Texas SBN: 24062266
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7150
Fax: (210) 384-7118