AO 442 (Rev. 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Willy MENDOZA | ) Case No. SA-11-340M(2) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
did unlawfully and illegally possess a machine gun, a Bushmaster, Model XM15-E2S, 5.56 caliber machine gun bearing serial number BFI424708, which is an ATF certified machine gun.

Date: 04/1_/2011

_____
*Issuing officer's signature*

City and state: San Antonio, Texas

Pamela Mathy, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/20/2011, and the person was arrested on *(date)* 4/19/2011
at *(city and state)* San Antonio, Texas.

Date: 4/20/2011

_____
*Arresting officer's signature*

T. WALSH S/A
*Printed name and title*