UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. SA-11-340-M (PAM) |
| | ) |
| WILLY MENDOZA, (2), | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT MOTION FOR BOND**

COMES NOW, the United States of America, by and through its undersigned counsel, Mark T. Roomberg, Assistant United States Attorney, and hereby files its Response to Defendant's Motion for Bond and/or to Reconsider Detention Order, and states:

The defendant, while a United States citizen, has resided his entire life in the Republic of Mexico for all but six months. His family's home is in Mexico. While his father is a United States citizen and works in the United States during the week, he resides during the weekend in Mexico. The defendant's mother and two siblings with whom he resides are Mexican citizens without status to be in the United States. The defendant is 22-years-old, unemployed, and the longest he ever held a job for was six months.

The defendant's ties to Mexico are extremely strong and his ties to the United States are extremely week. Therefore, the defendant remains an extreme flight risk.

WHEREFORE, the United States respectfully requests that this honorable Court deny the Defendant's Motion for Bond and/or to Reconsider Detention Order.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

By:   /s/
      MARK T. ROOMBERG
      Assistant United States Attorney
      State Bar 24062266
      601 NW Loop 410, Suite 600
      San Antonio, Texas 78216
      (210) 384-7100

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2011, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Adam Cardenas, Jr.
Adamcjr@yahoo.com

/s/_____
MARK T. ROOMBERG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. SA-11-340-M (PAM) |
| ) | |
| WILLY MENDOZA, (2), ) | |
| ) | |
| Defendant. ) | |

## O R D E R

This matter having come before the Court on the Defendant's Motion for Bond and/or to Reconsider Detention Order, and having received the Government's Response thereto, and the Court being otherwise fully advised in the premises,

The Defendant's Motion for Bond and/or to Reconsider Detention Order is hereby DENIED.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of _____, 2011, in San Antonio, Texas at _____ o'clock.

_____
HONORABLE PAMELA A. MATHY
United States Magistrate Judge