# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**FILED** MAY 12 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: SA:11-CR-00368(2)-OLG |
| | § | |
| (2) Willy Mendoza | § | |
| *Defendant* | | |

## ORDER SETTING ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISTRICT COURT ARRAIGNMENT, in Courtroom C on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Durango Blvd., San Antonio, TX , on Tuesday, May 24, 2011 at 1:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the U.S. Attorney, U.S. Pretrial Services, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting, and if the defendant is on bond, advise defendent that he\she must be present, unless excused by the court.

A defendant entering a plea of not guilty who wishes to waive personal appearance at the arraignment, is excused from appearing, as is the attorney, if the enclosed waiver is executed and signed by both the defendant and the attorney of record, and filed with the Clerk **prior to 5:00 P.M. on the day before the scheduled date of arraignment.**

**ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 5:00 P.M. ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

IT IS SO ORDERED this day 12th day of May, 2011.

_____
NANCY STEIN NOWAK
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: SA:11-CR-00368(2)-OLG |
| | § | |
| (2) Willy Mendoza | § | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY
## WAIVER OF MINIMUM TIME TO TRIAL

NOW COMES Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the Indictment, Information or Complaint in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalites applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2) Defendant understands he has the right to appear personally with his attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Date:_____     _____
                                         Defendant

_____          _____
Name of Attorney for Defendant           Signature of Attorney for Defendant

Telephone:_____     Address:_____

## ORDER

**APPROVED BY THE Court. A plea of "Not Guilty" is entered for Defendant effective this date.**

Date:_____     _____
                                         District Judge/Magistrate Judge

**ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 5:00 P.M. ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

3) Defendant understands that he has a right to a minimum period of time to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se. Defendant further understands that, absent the present waiver, he will not be brought to trial during this thirty (30)-day period.

Defendant, having conferred with his attorney in this regard, hereby **WAIVES** the requirement that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date:_____

_____
Defendant

_____
Attorney for Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF A MISDEMEANOR

The U.S. Magistrate Judge may conduct proceedings in any and all Class A misdemeanor cases, including a jury or non-jury trial, if the defenant voluntarily consents thereto, and for Class B and C misdemeanors and infractions regardless of consent.

**PLEASE INDICATE ONE OF THE FOLLOWING WITH A CHECK MARK:**

_____ **I DO CONSENT TO MAGISTRATE JUDGE JURISDICTION.**
_____ **I DO NOT CONSENT TO MAGISTRATE JUDGE JURISDICTION.**

**NO RESPONSE OR OMISSION OF THIS PAGE WILL BE INTERPRETED AS NOT CONSENTING TO MAGISTRATE JUDGE JURISDICTION AND CASE WILL BE ASSIGNED TO A U.S. DISTRICT JUDGE.**

_____
Defendant

Date:_____

_____
Attorney for Defendant