United States Court of Appeals
Fifth Circuit

**FILED**
December 17, 2012

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-50976
Conference Calendar

D.C. Docket No. 5:11-CR-368-2-09

FILED
JAN 1 0 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

WILLY MENDOZA,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas, San Antonio

---

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: 0 8 JAN 2013

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana  0 8 JAN 2013

excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

2

excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.